UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-cv-61784-UU

EMMELINE DE THOMAS,

Plaintiff,

vs.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,

Defendant.
_____/

**ORDER TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Response to Order to Show Cause (D.E. 8).  THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises.

On August 24, 2011, Plaintiff served Defendant with her complaint.  (D.E. 6). Under Fed. R. Civ. Pr. 12 (a)(1), the Defendant had until September 14, 2011, to file an answer or otherwise plead to the complaint. Upon review of the record, Defendant has not complied with this rule. Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's SHALL Motion for the Entry of Default Judgment against Defendant for failure to file a timely response to Plaintiff's Complaint or otherwise answer no later than **October 19, 2011.**

DONE AND ORDERED in Chambers in Miami, Florida this 13th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record