IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-cv-61784

EMMELINE DE THOMAS,

     Plaintiff,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,
a/k/a FFAM, INC.

     Defendant.

_____/

## ORDER ENTERING FINAL DEFAULT JUDGMENT

**THIS CAUSE** having come before the Court based on the Defendant's failure to file a

responsive pleading, due notice given and the Court being fully advised in the premises, it is

hereby ordered that:

> Final Default Judgment is hereby entered in favor of Plaintiff, EMMELINE DE
> THOMAS, whose current address is 5407 Hollywood Blvd., #1, Hollywood, FL 33021,
> and against Defendant, FIRST FINANCIAL ASSET MANAGEMENT, INC., a/k/a
> FFAM, INC., whose current address is PO Box 56245, Atlanta, GA 30343, in the total
> amount of $4,737.50, resulting from $1,000 in statutory damages, $3,432.50 in attorneys
> fees, and $405.00 in litigation costs, that shall bear interest at the maximum statutory rate
> per year, and for which let execution issue.

**DONE** in Chambers, in Fort Lauderdale, Florida this 24 day of Oct, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies provided to:
Mr. Alex Weisberg
First Financial Asset Management, Inc.