IN THE DISTRICT COURT IN AND FOR
                                        THE SOUTHERN DISTRICT OF
                                        FLORIDA
                                        FORT LAUDERDALE DIVISION

                                        CASE NO. 0:11-cv-61784-UU

EMMELINE DE THOMAS,

      Plaintiffs,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,
a/k/a FFAM, INC.,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                                        Respectfully submitted,
                                        **Emmeline De Thomas**

                                        By: s/ Alex Weisberg
                                        ALEX D. WEISBERG
                                        FBN: 0566551
                                        WEISBERG & MEYERS, LLC
                                        ATTORNEYS FOR PLAINTIFF

        5722 S. Flamingo Road, Ste. 656  
        Cooper City, FL 33330  
        (954) 212-2184  
        (866) 577-0963 fax  
        aweisberg@attorneysforconsumers.com  

I HEREBY CERTIFY THAT this Notice was filed on this 9th day of December, 2011, by means of the CM/ECF system. A copy of the foregoing will be sent to the following: Ms. Jay Marlin, jmarlin@1fam.com.

        By: s/ Alex Weisberg  
        ALEX D. WEISBERG  
        FBN: 0566551  
        WEISBERG & MEYERS, LLC  
        ATTORNEYS FOR PLAINTIFFS  
        5722 S. Flamingo Road, Ste. 656  
        Cooper City, FL 33330  
        (954) 212-2184  
        (866) 577-0963 fax  
        aweisberg@attorneysforconsumers.com