UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:11-cv-61784-UU

EMMELINE DE THOMAS,

    Plaintiffs,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,
a/k/a FFAM, INC.,

    Defendants.
_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Florida Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 30th day of December, 2011.

        By:<u>**s/Alex Weisberg**</u>
        **Alex Weisberg**
        **WEISBERG & MEYERS, LLC**
        **5722 South Flamingo Road, #656**
        **Cooper City, FL 33330**
        **954 337 1885**
        **866 775 3666 facsimile**
        **aweisberg@AttorneysForConsumers.com**
        **Attorney for Plaintiff**

Filed electronically on this 30th day of December, 2011, with:

United States District Court CM/ECF system

By: <u>s/Dana Patch</u>
    Dana Patch

Notice of Dismissal  - 1

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ms. Jay Marlin, First Financial Asset Management, Inc., 230 Peachtree Street, Suite 1700, Atlanta GA 30303, by depositing the same on December 30, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com